THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: September 14, 2015

Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: Glenn A. Williams, | Chapter 13 Bankruptcy |
|---|---|
| Debtor. | Case No. 10-22461-svk |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE PARTIES RESOLVING TRUSTEE'S MOTION TO VACATE ORDER DISCHARGING DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN**

Pursuant to the stipulation by and between the parties,

IT IS HEREBY ORDERED THAT:

1. The discharge shall remain in place provided that the Office of the Chapter 13 Trustee receives payment of $457.42 on or before September 30, 2015, with said amount to be applied to pay the Debtor's case in full.

2. Should the Debtor fail to pay the amount of $457.42 to the Office of the Chapter 13 Trustee on or before September 30, 2015, as provided above, the Discharge Order will be vacated and the Debtor's payroll order restarted.

#####

Prepared by:
Mary B. Grossman
Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344